# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Keith Howard Akers,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:16-cv-00442-MR |
| | ) | 3:07-cr-00219-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 4, 2016 Order.

November 4, 2016

*Frank G. John*

Frank G. Johns, Clerk
United States District Court